UNITED STATES PROBATION OFFICE
FOR THE DISTRICT OF UTAH

## Request and Order for an Expedited Hearing

Name of Defendant:  Tarik Jamile Carpenter     Docket Number:  1:21CR00086-001

Name of Judicial Officer:  Honorable Jared C. Bennett
U.S. Magistrate Judge

Date of Release:  January 10, 2023

### PETITIONING THE COURT

To issue a Summons: ███████████████

### CAUSE

The defendant was ordered to be released to Odyssey House inpatient treatment after a review of detention on January 9, 2023. Pretrial was notified on January 10, 2023 that the defendant does not qualify for residential treatment based on his previous substance use and lack of funding as he is not a Salt Lake County resident. Odyssey House staffed referred him to Clinical Consultants and sent the defendant on a bus back home to his mother's. The defendant has yet to contact his Pretrial officer to inform her of the change. It is respectfully requested a status conference be set at the Court's earliest convenience.

I declare under penalty of perjury that the foregoing is true and correct.

*Tasia Benzmiller*

By   Tasia Benzmiller
U.S. Pretrial Services Officer
Date:  January 10, 2023

**THE COURT ORDERS:**

☐ The issuance of a Summons
☐ Other: _____
☒ Expedited hearing set for: Jan. 17, 2023 at 02:00 PM Courtroom 8.400
before U.S. Magistrate Judge  JARED C. BENNETT

_____
Honorable Jared C. Bennett
U.S. Magistrate Judge

Date:  January 11, 2023